PROB 12C
(6/16)

Report Date: April 24, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 24, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy Binford | Case Number: 0980 2:14CR00166-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) | | |
| Original Sentence: | Prison - 211 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Re-Sentenced:<br>(November 15, 2016) | Prison- 96 months<br>TSR- 36 months | | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | March 28, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | March 27, 2026 |

## PETITIONING THE COURT

To issue a summons.

On April 4, 2023, the conditions of supervision were reviewed with Mr. Binford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office within a different time frame.<br><br>**Supporting Evidence**: It is alleged that Mr. Binford violated his conditions of supervision by failing to report to the United States Probation Office within 72 hours of being released from imprisonment.<br><br>On March 27, 2023, the undersigned officer received documentation from the case manager at the Bureau of Prisons (BOP) indicating Mr. Binford would be arriving in Spokane, Washington, via Greyhound. According to the Greyhound itinerary, Mr. Binford was expected to arrive in Spokane on March 30, 2023. |

Prob12C
**Re: Binford, Timothy**
**April 24, 2023**
**Page 2**

On April 4, 2023, Mr. Binford reported to the United States Probation Office. He was questioned about why he did not report within the 72 hours per his mandatory conditions. Mr. Binford advised that he deviated off the Greyhound bus and went to St. Louis, Missouri, to visit family before reporting.

2   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to a drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine on or about April 12, 2023.

On April 12, 2023, Mr. Binford reported to the United States Probation Office. He submitted to a urinalysis test, which returned presumptive positive for methamphetamine, he admitted use on April 11, 2023.

3   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to a drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine and cocaine on or about April 18, 2023.

On April 18, 2023, Mr. Binford reported to the United States Probation Office. He submitted to a urinalysis test, which returned presumptive positive for methamphetamine and cocaine. He admitted his last methamphetamine use was on April 11, 2023, and cocaine use on April 15, 2023.

4   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to a drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine and cocaine on or about April 19, 2023.

On April 19, 2023, Mr. Binford reported to Pioneer Human Services for the purpose of random drug testing. The sample tested presumptive positive for cocaine. Mr. Binford signed an admission form indicating his last use was on April 11, 2023. It should be noted, that Mr. Binford signed an admission form on April 18, 2023, at the United States Probation Office, stating he last used cocaine on April 15, 2023.

Mr. Binford is currently waiting for a bed date to go to inpatient treatment.

Prob12C
Re: **Binford, Timothy**
April 24, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/24/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

4/24/2023
Date