PROB 12C
(6/16)

Report Date: August 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 22, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy Binford | Case Number: 0980 2:14CR00166-RMP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) | | |
| Original Sentence: | Prison - 211 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Re-Sentenced:<br>(November 15, 2016) | Prison- 96 months<br>TSR- 36 months | | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | March 28, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | March 27, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/24/2023.

On April 4, 2023, the conditions of supervision were reviewed with Mr. Binford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to a drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine and fentanyl on or about August 22, 2023.<br><br>On August 22, 2023, Mr. Binford reported to the probation office as instructed.  He submitted to a urinalysis test, which returned presumptive positive for methamphetamine and fentanyl.  He denied use and it was sent to the lab for confirmation. After further questioning, Mr. Binford stated he had an altercation with a female and "she may have put meth in my water or something." |

Prob12C
**Re: Binford, Timothy**
**August 22, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/22/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/22/2023

Date