PROB 12C
(6/16)

Report Date: November 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy Binford | Case Number: 0980 2:14CR00166-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) | | |
| Original Sentence: | Prison - 211 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence (August 29, 2023) | Prison- 35 days TSR- 33 months | | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: September 27, 2023 | |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: June 26, 2026 | |

## PETITIONING THE COURT

To issue a summons.

On October 12, 2023, the conditions of supervision were reviewed with Mr. Binford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must abstain from the use of illegal substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine on or about November 12, 2023. |
| | On November 15, 2023, Mr. Binford reported to Pioneer Human Services for the purpose of random drug testing. The sample tested presumptive positive for methamphetamine and he admitted use. He signed an admission form stating he last consumed methamphetamine on November 12, 2023. |

Prob12C
Re: Binford, Timothy
November 22, 2023
Page 2

| | |
|---|---|
| 2 | **Special Condition #2**: You must abstain from the use of illegal substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine on or about November 16, 2023.

On November 21, 2023, Mr. Binford reported to the United States Probation Office. He submitted to a urinalysis test, which returned presumptive positive for methamphetamine. He admitted use and signed an admission form stating he last used on November 16, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/22/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Rosanna Malouf Peterson
Signature of Judicial Officer

11/22/2023
Date