PROB 12C
(6/16)

Report Date: December 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2023**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Binford               Case Number: 0980 2:14CR00166-RMP-1

Address of Offender: ███████████████   Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 4, 2015

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1)

Original Sentence:       Prison - 211 months;           Type of Supervision: Supervised Release

                         TSR - 60 months

Revocation Sentence:     Prison- 35 days
(August 29, 2023)        TSR- 33 months

Asst. U.S. Attorney:     Timothy J. Ohms                Date Supervision Commenced: September 27, 2023

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: June 26, 2026

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/22/2023 and 12/08/2023.

On October 11, 2023, the conditions of supervision were reviewed with Mr. Binford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must abstain from the use of illegal substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Binford is in violation of his conditions of supervision by using methamphetamine on or about December 9, 2023.

On December 11, 2023, Mr. Binford reported to Pioneer Human Services (PHS) for the purpose of random drug testing. The sample tested presumptive positive for methamphetamine. He admitted his last use was on December 9, 2023, and signed an admission form.

Prob12C
**Re: Binford, Timothy**
December 12, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

12/12/2023
Date