Case 2:14-cr-00166-TOR   ECF No. 283   filed 02/14/24   PageID.2382   Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BINFORD,<br><br>Defendant. | No. 2:14-CR-00166-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>**(ECF No. 279)** |

Before the Court is Defendant's Motion to Modify Release Conditions to Remove GPS Monitor and Home Detention, **ECF No. 279**. Defendant recites in his motion that United States Probation has no objection to Defendant's motion. The United States objects to Defendant's motion and has filed a response at ECF No. 280.

Specifically, Defendant is requesting the Court to modify his conditions of release to remove GPS monitoring and home detention.

The Court, finding good cause, **IT IS ORDERED:**

1. Defendant's Motion to Modify Release Conditions to Remove GPS Monitoring and Home Detention, **ECF No. 279**. is **DENIED**.

2. All previously imposed conditions of release shall remain in full force and effect until the supervised release revocation hearing before Judge Rice.

**IT IS SO ORDERED.**

DATED February 14, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1